

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Eugene
Howell Sauls and Josephine Marie Worley

No. 06-20-00103-CV

Appeal from the 296th District Court of
Collin County, Texas (Tr. Ct. No. 296-
52296-2020). Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Stevens participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We note that the appellant, Josephine Marie Worley, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk